UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EZRA RODRIGUEZ #979211,

    Plaintiff,

v.

                                  Case No. 1:23-cv-335

JOHN DAVIDS, et al.,                HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  December 19, 2023                         /s/  Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge